Adam E. Jones, OSB 152429
ajones@selmanlaw.com
SELMAN BREITMAN LLP
111 SW 5th Avenue, Suite 3150
Portland, OR 97204
Telephone: (503) 444-3530
Attorneys for Plaintiff Scottsdale Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | Case No. 3:17-CV-01521-SI |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 |
| OAKMONT, LLC, dba BERKSHIRE COURT APARTMENTS, et al., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41**

Pursuant to FRCP 41(a)(1)(A)(i), the plaintiff, Scottsdale Insurance Company, hereby gives notice that the above-caption action is voluntarily dismissed without prejudice.

DATED: July 31, 2018        SELMAN BREITMAN LLP

By: /s/Adam E. Jones

ADAM E. JONES, OSB No. 152429
Attorneys for Scottsdale Insurance Company

NOTICE OF VOLUNTARY DISMISSAL -1

2322.1  380.40654